

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>__JOHN MUCCIO__<br>*Defendant* | )<br>)<br>) Case No. 2:23MJ 125<br>) FID: 11564328<br>) FBI |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN MUCCIO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts One through Three:
18 U.S.C. § 875(c) Sending Threatening Interstate Communications

Date: 06/15/2023

*Issuing officer's signature*

City and state: Norfolk, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/15/23, and the person was arrested on *(date)* 6/23/23
at *(city and state)* Tampa, FL.

Date: 7/7/23

*Arresting officer's signature*

Jonathan Montgomery DUSM
*Printed name and title*