FILED
IN OPEN COURT

JUL 1 2 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:23-cr-__87__ |
| | ) | |
| JOHN MUCCIO, | ) | Threatening Interstate Communications |
| | ) | 18 U.S.C. § 875(c) |
| Defendant. | ) | (Counts 1-2) |
| | ) | |
| | ) | Criminal Forfeiture |
| | ) | 18 U.S.C. § 981(a)(1)(C) |

## INDICTMENT

July 2023 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### General Allegations

At all times relevant to this Indictment:

1. Victim Company A and its relevant owners, operators, and employees were located within the Eastern District of Virginia.

2. JOHN MUCCIO resided in Florida.

### COUNT ONE

On or about April 19, 2023, in the Eastern District of Virginia and elsewhere, the defendant, JOHN MUCCIO, transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another, namely owners, operators, and employees of Company A.

(In violation of Title 18, United States Code, Section 875(c).)

1

## COUNT TWO

On or about May 1, 2023, in the Eastern District of Virginia and elsewhere, the defendant, JOHN MUCCIO, transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another, namely owners, operators, and employees of Company A.

(In violation of Title 18, United States Code, Section 875(c).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLY CAUSE THAT:

    1.    The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

    2.    If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States of America v. JOHN MUCCIO*
2:23-CR-__87__

A TRUE BILL:

FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Elizabeth M. Yusi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-3221
Facsimile Number - 757-441-6689
E-Mail Address – Elizabeth.Yusi@usdoj.gov

4